| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Fitzwater, Sidney A | 2. Court or Organization<br><br>U.S. District Court, N.D. Tex. | 3. Date of Report<br><br>04/30/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1100 Commerce St., Rm. 1520<br>Dallas, Texas 75242-1003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Executor | Estate # 3 (See Part VIII). |
| 2. Co-Trustee | Trust # 3 (See Part VIII). |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -5 A 10: 03 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Freedom Forum, Arlington, VA (First Amendment Center, Inc., Nashville, TN) | February 22-24, 2007 | Nashville, TN | Judge moot court | Airfare, hotel, transportation, and food |
| 2. | Baylor University Alumni Association, Waco, TX | August 10-12, 2007 | Waco, TX | Receive alumni award | Hotel and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/30/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Series EE Bond (See Part VIII) | | None | | | Redeem | 7/18 | J | A | |
| 2. Washington Mutual Investors Fund (1984 IRA-Mutual Fund) | A | Dividend | J | T | | | | | |
| 3. UBS Bank USA Deposit Acct. | A | Interest | J | T | | | | | |
| 4. 3M Corp. Common Stock | A | Dividend | J | T | | | | | |
| 5. J.P. Morgan Chase & Co. Common Stock | A | Dividend | J | T | | | | | |
| 6. Trust # 2 (Nos. 6-10) (See Part VIII) | E | Dividend | M | T | | | | | |
| 7. -UBS Resource Mgmt. Acct (Money Market Portfolio) | | | | | | | | | |
| 8. -Calamos Growth Fund | | | | | | | | | |
| 9. -Lord Abbett Affiliated Fund | | | | | | | | | |
| 10. -UBS Global Allocation Fund | | | | | | | | | |
| 11. Calamos Growth and Income Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 12. Lord Abbett Affiliated Fund (See Part VIII) | B | Dividend | J | T | | | | | |
| 13. Lord Abbett All Value Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 14. MFS Research Bond Fund | A | Dividend | J | T | | | | | |
| 15. UBS Global Allocation Fund (See Part VIII) | B | Dividend | K | T | | | | | |
| 16. Jefferson-Pilot Life Ins. Co. Flex. Prem. Survivor Life (X) | B | Interest | K | T | Assignment | 8/24 | K | | |
| 17. Estate # 3 (Nos. 17-69)(See Part VIII)(X) | F | Int./Div. | | | | | | | - |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Dominion Investor Servs., Inc. Prime Fund(Money Mkt. Acct) | | | | | Distribution | 10/31 | M | | |
| 19. -Aberdeen Asia-Pacific Income Fund, Inc. | | | | | Distribution | 10/31 | K | | |
| 20. -ADC Telecommunications Inc. Common Stock | | | | | Distribution | 10/31 | J | | |
| 21. -Ameren Corporation Common Stock | | | | | Distribution | 10/31 | J | | |
| 22. -Consolidated Edison, Inc. Common Stock | | | | | Distribution | 10/31 | K | | |
| 23. -Dominion Resources, Inc. Common Stock | | | | | Distribution | 10/31 | K | | |
| 24. -Dreyfus Strategic Municipals Inc. (Income Trust Fund) | | | | | Distribution | 10/31 | J | | |
| 25. -Duke Energy Corp. Common Stock | | | | | Distribution | 10/31 | K | | |
| 26. -Entergy Corp. Common Stock | | | | | Distribution | 10/31 | K | | |
| 27. -Exelon Corp. Common Stock | | | | | Distribution | 10/31 | L | | |
| 28. -ExxonMobil Corp. Common Stock | | | | | Distribution | 10/31 | N | | |
| 29. -Firstenergy Corp. Common Stock | | | | | Distribution | 10/31 | J | | |
| 30. -FPL Group Inc. Common Stock | | | | | Distribution | 10/31 | K | | |
| 31. -Hawaiian Electric Industries Inc. Common Stock | | | | | Distribution | 10/31 | K | | |
| 32. -Integrys Energy Group Inc. Common (fna WPS Resources Corp) | | | | | Distribution | 10/31 | J | | |
| 33. -Medco Health Solutions Inc. Common Stock | | | | | Distribution | 10/31 | J | | |
| 34. -Merck & Co. Inc. Common Stock | | | | | Distribution | 10/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Monsanto Co. New Common Stock | | | | | Distribution | 10/31 | J | | |
| 36. -Nuveen Dividend Advantage Municipal Fund | | | | | Distribution | 10/31 | J | | |
| 37. -Nuveen Dividend Advantage Municipal Fund 2 | | ` | | | Distribution | 10/31 | L | | |
| 38. -Nuveen Dividend Advantage Municipal Fund 3 | | | | | Distribution | 10/31 | L | | |
| 39. -Nuveen Insured Premier Income Municipal Fund 2 Inc. | | | | | Distribution | 10/31 | J | | |
| 40. -Nuveen Municipal Advantage Fund Inc. | | | | | Distribution | 10/31 | J | | |
| 41. -Nuveen Municipal Value Fund Inc. | | | | | Distribution | 10/31 | K | | |
| 42. -Nuveen Premier Income Municipal Fund Inc. | | | | | Distribution | 10/31 | J | | |
| 43. -Nuveen Premier Income Municipal Fund 2 Inc. | | | | | Distribution | 10/31 | K | | |
| 44. -Nuveen Premier Insured Municipal Income Fund Inc. | | | | | Distribution | 10/31 | J | | |
| 45. -Nuveen Select Maturities Municipal Fund | | | | | Distribution | 10/31 | K | | |
| 46. -Nuveen Texas Quality Income Municipal Fund | | | | | Distribution | 10/31 | K | | |
| 47. -Pepco Holdings Inc. Common Stock | | | | | Distribution | 10/31 | K | | |
| 48. -Pepsico, Inc. Common Stock | | | | | Distribution | 10/31 | J | | |
| 49. -Pfizer Inc. Common Stock | | | | | Distribution | 10/31 | J | | |
| 50. -Puget Energy Inc. Common Stock | | | | | Distribution | 10/31 | J | | |
| 51. -Spectra Energy Corp. Common Stock | | | | | Distribution | 10/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -TECO Energy Inc. Common Stock | | | | | Distribution | 10/31 | J | | |
| 53. -TXU Corp. Common Stock (See Part VIII) | | | | | Sell | 10/11 | L | E | |
| 54. -Van Kampen Merrit Trust for Insured Municipals | | | | | Distribution | 10/31 | J | | |
| 55. -Westar Energy Inc. Common Stock | | | | | Distribution | 10/31 | J | | |
| 56. -Xcel Energy Inc. Common Stock | | | | | Distribution | 10/31 | K | | |
| 57. -Insured Municipals Income Trust Series 22 | | | | | Distribution | 10/31 | J | | |
| 58. -Insured Municipals Income Trust Series 228 | | | | | Distribution | 10/31 | J | | |
| 59. -Insured Municipals Income Trust Series 314 | | | | | Distribution | 10/31 | J | | |
| 60. -Insured Municipals Income Trust Series 79 | | | | | Distribution | 10/31 | J | | |
| 61. -Nuveen Tax Exempt Bond Fund Unit Disc. Series 1 | | | | | Distribution | 10/31 | J | | |
| 62. -Nuveen Tax Exempt Unit Trust Insured Series 307 | | | | | Distribution | 10/31 | J | | |
| 63. -Nuveen Tax Exempt Unit Trust Insured Series 519 | | | | | Distribution | 10/31 | J | | |
| 64. -Nuveen Tax Exempt Unit Trust Insured Series 522 | | | | | Distribution | 10/31 | J | | |
| 65. -Unit Insured Municipal Inc. Series 77 | | | | | Distribution | 10/31 | J | | |
| 66. -Van Kampen Merritt Insured Mun. Inc. Trust Series 290 | | | | | Distribution | 10/31 | J | | |
| 67. -International Bank of Commerce (CD) (See Part VIII) | | | | | Distribution | 12/22 | L | | |
| 68. -First Mark Credit Union (various accounts) (See Part VIII) | | | | | Distribution | 9/28 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -USAA Tax Exempt Long-Term Bond Fund | | | | | Distribution | 10/4 | M | | |
| 70. Trust # 3 (Nos. 70-121) (See Part VIII) (X) | E | Int./Div. | P1 | T | | | | | |
| 71. -Dominion Investor Servs., Inc. Prime Fund(Money Mkt. Acct) | | | | | | | | | |
| 72. -Aberdeen Asia-Pacific Income Fund, Inc. | | | | | | | | | |
| 73. -ADC Telecommunications Inc. Common Stock | | | | | | | | | |
| 74. -Ameren Corporation Common Stock | | | | | | | | | |
| 75. -Consolidated Edison, Inc. Common Stock | | | | | | | | | |
| 76. -Dominion Resources, Inc. Common Stock | | | | | | | | | |
| 77. -Dreyfus Strategic Municipals Inc. (Income Trust Fund) | | | | | | | | | |
| 78. -Duke Energy Corp. Common Stock | | | | | | | | | |
| 79. -Entergy Corp. Common Stock | | | | | | | | | |
| 80. -Exelon Corp. Common Stock | | | | | | | | | |
| 81. -ExxonMobil Corp. Common Stock | | | | | | | | | |
| 82. -Firstenergy Corp. Common Stock | | | | | | | | | |
| 83. -FPL Group Inc. Common Stock | | | | | | | | | |
| 84. -Hawaiian Electric Industries Inc. Common Stock | | | | | | | | | |
| 85. -Integrys Energy Group Inc. Common (fna WPS Resources Corp) | | | | | | | | | - |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Medco Health Solutions Inc. Common Stock | | | | | | | | | |
| 87. -Merck & Co. Inc. Common Stock | | | | | | | | | |
| 88. -Monsanto Co. New Common Stock | | | | | | | | | |
| 89. -Nuveen Dividend Advantage Municipal Fund | | | | | | | | | |
| 90. -Nuveen Dividend Advantage Municipal Fund 2 | | | | | | | | | |
| 91. -Nuveen Dividend Advantage Municipal Fund 3 | | | | | | | | | |
| 92. -Nuveen Insured Premier Income Municipal Fund 2 Inc. | | | | | | | | | |
| 93. -Nuveen Municipal Advantage Fund Inc. | | | | | | | | | |
| 94. -Nuveen Municipal Value Fund Inc. | | | | | | | | | |
| 95. -Nuveen Premier Income Municipal Fund Inc. | | | | | | | | | |
| 96. -Nuveen Premier Income Municipal Fund 2 Inc. | | | | | | | | | |
| 97. -Nuveen Premier Insured Municipal Income Fund Inc. | | | | | | | | | |
| 98. -Nuveen Select Maturities Municipal Fund | | | | | | | | | |
| 99. -Nuveen Texas Quality Income Municipal Fund | | | | | | | | | |
| 100. -Pepco Holdings Inc. Common Stock | | | | | | | | | |
| 101. -Pepsico, Inc. Common Stock | | | | | | | | | |
| 102. -Pfizer Inc. Common Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fitzwater, Sidney A | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Puget Energy Inc. Common Stock | | | | | | | | | |
| 104. -Spectra Energy Corp. Common Stock | | | | | | | | | |
| 105. -TECO Energy Inc. Common Stock | | | | | | | | | |
| 106. -Van Kampen Merrit Trust for Insured Municipals | | | | | | | | | |
| 107. -Westar Energy Inc. Common Stock | | | | | | | | | |
| 108. -Xcel Energy Inc. Common Stock | | | | | | | | | |
| 109. -Insured Municipals Income Trust Series 22 | | | | | | | | | |
| 110. -Insured Municipals Income Trust Series 228 | | | | | | | | | |
| 111. -Insured Municipals Income Trust Series 314 | | | | | | | | | |
| 112. -Insured Municipals Income Trust Series 79 | | | | | | | | | |
| 113. -Nuveen Tax Exempt Nat'l Insured 251 (UIT) (See Pt. VIII) | | | | | | | | | |
| 114. -Nuveen Tax Exempt Unit Trust Ins'd Ser. 307 | | | | | Redeem | 12/17 | J | | See note in Part VIII |
| 115. Nuveen Tax Exempt Nat'l Trad. 257 (UIT) (See Part VIII) | | | | | | | | | |
| 116. - Nuveen Tax Exempt Nat'l Trad. 251 (UIT) (See Part VIII) | | | | | | | | | |
| 117. -Unit Insured Municipal Inc. Series 77 | | | | | | | | | |
| 118. -Van Kampen Merritt Insured Mun. Inc. Trust Series 290 | | | | | | | | | |
| 119. -International Bank of Commerce (money mkt) (See Part VIII) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 11 of 14

**Name of Person Reporting**

Fitzwater, Sidney A

**Date of Report**

04/30/2008

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -First Mark Credit Union (CD) (See Part VIII) | | | | | | | | | |
| 121. -USAA Tax Exempt Long-Term Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/30/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I

I am ethically permitted to serve as Co-Executor of Estate # 3 and as Co-Trustee of Trust # 3 because I am doing so under the will of ▆▆▆▆▆▆▆ who died in 2007.

The Estate has been designated Estate # 3, and the Trust as Trust # 3, to differentiate them from Trust # 1 and Trust # 2, which have been referred to in this and/or prior reports.

See below for additional explanations concerning the reporting of assets for Estate # 3 and Trust # 3.

Part VII, Item No. 1

In column D(4) the "gain" equals the accrued interest paid at the time the bond was redeemed. Were the "gain" reported in column B(1) as interest income, the amount code would be the same, and column B(2) would change from "None" to "Interest."

Part VII, Item Nos. 6-10 (Trust # 2)

The type of income disclosed for Trust # 2 is "Dividend." The form does not allow the filer to report multiple types of income except for the combination of interest and dividends. The Trust income includes dividends and capital gains earned by funds and distributed to fund owners. All income has been reported in column B(1).

Part VII, Item Nos. 11, 12, 13, and 15

The type of income disclosed for these assets is "Dividend." These funds include income in the form of dividends and/or capital gains earned by the funds and distributed to fund owners. All such income has been reported in column B(1).

Part VII, Item Nos. 17-69 (Estate # 3)

Estate # 3 was both created and probated in 2007. All reportable assets of the Estate are disclosed in Part VII. The term "Distribution" is used to indicate that an asset was distributed from the Estate.

All Estate assets distributed to Trust # 3 are reported under Trust # 3. Except for (1) Item No. 53, which was sold before the Estate made distributions to the Trust, (2) the differences in the forms of assets of Item Nos. 67 and 68 compared with Item Nos. 119 and 120 (explained elsewhere in Part VIII), and (3) the slight differences in names of Item Nos. 61, 63, and 64 compared with Item Nos. 113, 115, and 116 (also explained elsewhere in Part VIII), the lists of assets for the Estate and for the Trust are identical. A reviewer should be able, if necessary, to trace the assets from Estate #3 into the Trust #3 by reading down the list of reportable assets of each, in order.

Certain assets of ▆▆▆▆▆▆▆ were part of the Estate but are not reportable (e.g., personal automobiles, clothing, and other property not held in a trade or business or for investment or for the production of income). Other assets of ▆▆▆▆▆▆▆ are not reportable as Estate assets because they were transferred outside the person's Estate by operation of law (e.g., accounts held as joint tenants with rights of survivorship and individual retirement accounts), and I exercised no authority over them as Co-Executor. Nor are they otherwise reportable, because they were inherited by a person whose assets I am not required to report.

Part VII, Item No. 17

The type of income disclosed for Estate # 3 is "Int.Div." The form does not allow the filer to report multiple types of income except for the combination of interest and dividends. The Estate income includes other income, such as capital gains earned by funds and distributed to fund owners. All income has been reported in column B(1).

Part VII, Item No. 53

The transaction reported for this asset is "sell." In 2007 the company was acquired in a leveraged buyout.

Part VII, Item Nos. 67 and 119

In Estate # 3, this asset was a CD. When the CD matured on 12/22/07 (the distribution date shown in column D(2) of Item No. 67), the funds were distributed to the Trust, which opened a money market account. This is the reason for the difference between Item No. 67 in Estate # 3 and Item No. 119 in Trust # 3.

Part VII, Item Nos. 68 and 120

In Estate # 3, this asset was composed of various accounts. When the accounts were divided on 9/28/07 (the distribution date shown in column D(2) of Item No. 68), the funds were distributed to the Trust, which opened a CD. This is the reason for the difference between Item No. 68 in Estate # 3 and Item No. 120 in Trust # 3.

Part VII, Item No. 70

The type of income disclosed for Trust # 3 is "Int.Div." The form does not allow the filer to report multiple types of income except for the combination of interest and dividends. The Trust income includes other income, such as capital gains earned by funds and distributed to fund owners. All income has been reported in column B(1).

Part VII, Item Nos. 113, 115, and 116

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A | 04/30/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The names shown for these assets are slightly different from the ones shown in Item Nos. 61, 63, and 64 of Estate # 3.  Between the time they were acquired by the Estate and distributed to the Trust, the names were changed slightly.

Part VII, Item No. 114

No gain code is reported in Column D(4) for this asset because, when the asset was redeemed, a return on principal (i.e., principal only, not income) was paid.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544